# IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF A MEMBER §
OF THE BAR OF THE SUPREME § No. 552, 2016
COURT OF THE STATE OF §
DELAWARE: §
§ ODC File Nos. 113052-B; 113189-B
**FRANCIS E. FARREN,** §
§
Respondent. §

Submitted: November 14, 2016
Decided: November 17, 2016

Before **HOLLAND, VALIHURA,** and **SEITZ,** Justices.

## ORDER

This 17th day of November 2016, upon receipt of sufficient evidence demonstrating that Francis E. Farren, Esquire ("the Respondent"), is suffering from physical or mental health problems that adversely affect his ability to practice law, and without opposition from the Office of Disciplinary Counsel ("the ODC"), it is HEREBY ORDERED that:

(1)    The Respondent, for good cause shown, is hereby immediately transferred to disability inactive status pursuant to Rule 19(b) of the Delaware Lawyers' Rules of Disciplinary Procedure until such time as he can demonstrate by clear and convincing evidence that any disabilities have been removed.

(2)    The Respondent shall not practice law in this State or in any other jurisdiction.

(3)    Any disciplinary proceedings are stayed pending further order of this Court.

(4)    ODC shall apply to the Court of Chancery for the appointment of a receiver of the practice of the Respondent pursuant to Procedural Rule 24.

(5)    This Order shall be made public.

BY THE COURT:

_____
Justice

2